**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **KENNETH WAYNE HILL,** | |
| **Plaintiff,** | **Civil No. 3:24-cv-00732-KAD** |
| **v.** | |
| **CARRINGTON MORTGAGE SERVICES, LLC,** | |
| **Defendant.** | **MAY 16, 2025** |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiff Kenneth Wayne Hill and Defendant Carrington Mortgage Services, LLC ("Carrington") that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and to the agreement reached by and amongst the parties in the captioned matter, the above-captioned action is hereby dismissed in its entirety and with prejudice as against Carrington.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party will bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and e-mail signatures will constitute originals for purposes of this Stipulation.

4898-7642-5533 v.1

BGM LAW GROUP, LLC

By: __/s/Kristen L. Zaehringer_____
   Kristen L. Zaehringer

515 Centerpointe Drive, Suite No. 226
Middletown, CT 06457
Tel: (203) 914-4512
Email: Kristen@bgmlawgroup.com

*Attorney for Plaintiff*
*Kenneth Wayne Hill*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: ___/s/Kevin P. Poloansky_____
   Kevin P. Polansky

One Financial Center, Suite 3500
Boston, Massachusetts 02111
Tel: (617) 217-4700
Email: kevin.polansky@nelsonmullins.com

*Attorney for Defendant*
*Carrington Mortgage Services, LLC*